UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 23-00214-18 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| CLARISSA HOLMES (18) | MAGISTRATE JUDGE HORNSBY |

**O R D E R**

The Report and Recommendation of the Magistrate Judge having been considered, and the parties having waived their objections thereto;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendant's guilty plea is accepted, and the court hereby adjudges Defendant guilty of the offense charged in Count One of the Indictment.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 27th day of February, 2024.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE